JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN TURNER, an individual, | Case No.: 2:23-cv-09717-SVW-AS |
| Plaintiff, | **ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| KENNETH H. LEE, in his individual capacity and in his capacity as trustee of the LEE FAMILY TRUST, | [Honorable Stephen V. Wilson *presiding*] |
| Defendants. | |

[PROPOSED] ORDER
2:23-CV-09717-SVW-AS

Pursuant to the parties' "Stipulation of Voluntary Dismissal without Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

Dated March 15, 2024

STEPHEN V. WILSON
United States District Court,